miss is granted and the appeal is dismissed for the want of a substantial federal question. *Leo Pfeffer* for appellant. *C. William O'Neill,* Attorney General of Ohio, *Joseph S. Gill,* First Assistant Attorney General, *John W. Hardwick,* Assistant Attorney General, and *Robert E. Leach,* Chief Counsel, for appellee.

No. 434, Misc. TABOR *v.* HOOPER, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 443, Misc. PAPPAS *v.* WELCH, SUPERINTENDENT, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 452, Misc. MARINGER *v.* McGEE, DIRECTOR OF CORRECTIONS, ET AL. Application denied.

No. 455, Misc. MARROW *v.* ROBINSON, WARDEN. Motion for leave to file petition for writ of mandamus denied.

No. 461, Misc. WRIGHT *v.* NYGAARD, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 644. CITY OF CHICAGO *v.* WILLETT COMPANY. Supreme Court of Illinois. Certiorari granted. *L. Louis Karton* and *Arthur Magid* for petitioner. *Charles Dana Snewind* for respondent.

No. 652. UNITED STATES *v.* CARDIFF. C. A. 9th Cir. Certiorari granted. *Solicitor General Perlman* for the United States.